FILED
JUL 28 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. SA-09-CR-162-XR |
| HENRY D. SPEARS, | ) |
| Defendant. | ) |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. §§ 853(n)(1) - (n)(7), and this Court being fully and wholly apprised in all its premises, finds that the United States of America has proven by a preponderance of the evidence a nexus between the below-described Subject Firearm and the violation of Title 18 U.S.C. § 922(g)(1), and that Defendant Henry D. Spears has an interest in the Subject Firearm. Said Motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE,

ORDERED that any and all right, title, and interest of Defendant Henry D. Spears in certain property, namely:

a Ruger, Model P89DC, 9mm pistol bearing serial number 304-39999,

hereinafter referred to as the Subject Firearm be, and hereby is, forfeited to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of Vanda Spears, any and all other potential petitioners in the Subject Firearm be, and hereby is, held in default and be, and hereby is,

forfeited to the United States of America; and IT IS FURTHER

ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or its designated custodian, shall dispose of the Subject Firearm in accordance with law; and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Judgment of Forfeiture entered on May 3, 2010 (Doc. 51), in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this 28th day of July, 2010.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE